683 A.2d 624

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Ronald B. SAVAGE, Respondent.**

**No. 240 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 31, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of July, 1996, there having been filed with this Court by Ronald B. Savage his verified State-

ment of Resignation dated June 18, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Ronald B. Savage be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.